People v Santana (2025 NY Slip Op 51945(U))

[*1]

People v Santana (Randy)

2025 NY Slip Op 51945(U) [87 Misc 3d 133(A)]

Decided on December 11, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 11, 2025
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Perez, Alpert, JJ.

570487/19

The People of the State of New
York, Respondent,
againstRandy Santana,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Herbert J. Moses, J.), rendered June 4, 2019, convicting him, upon a
plea of guilty, of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Herbert J. Moses, J.), rendered June 4, 2019, affirmed.
In satisfaction of an accusatory instrument charging three class A misdemeanors,
including criminal possession of a controlled substance in the seventh degree (see
Penal Law § 220.03), defendant pleaded guilty to disorderly conduct, a violation, in
exchange for a conditional discharge. Our review of the record satisfies us that the plea
was knowing, voluntary and intelligent (see People v Conceicao, 26 NY3d 375
[2015]). At the plea proceeding, defendant, among other things, waived prosecution by
information and formal allocution, stated that: he was pleading guilty freely and
voluntarily; he had enough time to discuss the plea with his attorney; and he understood
he was giving up his rights to a trial, to remain silent, to call witnesses and to confront
the People's witnesses. Thus, the record as a whole establishes defendant's understanding
and waiver of his constitutional rights (see Boykin v Alabama, 395 US 238
[1969]), notwithstanding that the court omitted the word "jury" from its reference to the
right to a trial (see People v
Mendez, 148 AD3d 555, 555 [2017], lv denied 29 NY3d 1083 [2017];
People v Williams, 137
AD3d 706, 706 [2016], lv denied 27 NY3d 1141 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concurDecision Date: December 11, 2025